| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | UNITED STATES DISTRICT COURT |
| 7 | WESTERN DISTRICT OF WASHINGTON AT SEATTLE |

GEORGE WILLIAMS, JR.,

      Plaintiff,

    v.

ROBERT J. PALMQUIST, *et al.*,

      Defendants.

CASE NO. C08-1180-RAJ

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS

The Court, having reviewed plaintiff's amended civil rights complaint, defendants' motion to dismiss, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion to dismiss (Dkt. No. 24) is GRANTED with respect to plaintiff's claim of inadequate medical care, and DENIED with respect to all other claims asserted by plaintiff in his amended complaint.

(3) Defendants are directed to file an answer to plaintiff's amended complaint within *twenty (20) days* of the date on which this Order is entered.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 22nd day of April, 2009.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S
MOTION TO DISMISS - 2