UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT J. PALMQUIST, *et al.*, <br><br> Defendants. | CASE NO.   C08-1180-RAJ <br><br> ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, plaintiff's response thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. No. 61) is GRANTED with respect to all of plaintiff's excessive force claims and DENIED with respect to plaintiff's claims, alleged only against Dr. Skillestad, that he was denied showers, bedding and mail while on suicide watch.

1  (3) Plaintiff's amended complaint, and this action, are DISMISSED with prejudice as to defendants Robert Palmquist, Ronald Munoz, Marty Patrick, Kevin Steele, Nichole Hayden, Cynthia Low, Robert Lone, Keith Evans, Larry Carlson, and Eahou Davis.

(4) Plaintiff's amended complaint, and this action, are DISMISSED without prejudice as to defendants Byram, Monsivais, Cortez, Woods, and S. Davis who were never served, and therefore never appeared, in this action.

(5) This action shall proceed at this time against Katherine Skillestad Winans with respect to plaintiff's claims that she denied him showers, bedding and mail while he was on suicide watch. All other claims are dismissed as set forth above. Pursuant to F.R.C.P. 54(b), there is no just reason for the delay of this judgment in this matter.

(6) The Clerk of Court is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 30th day of July, 2010.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 2