UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT J. PALMQUIST, *et al.*, <br><br> Defendants. | CASE NO.   C08-1180-RAJ <br><br> ORDER GRANTING DEFENDANT KATHERINE SKILLESTAD WINANS' MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's amended complaint, defendant Katherine Skillestad Winans' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Katherine Skillestad Winans' motion for summary judgment (Dkt. No. 88) is GRANTED.

(3) Plaintiff's amended complaint (Dkt. No. 8), and this action, are DISMISSED with prejudice as to all remaining claims.

ORDER GRANTING DEFENDANT
KATHERINE SKILLESTAD WINANS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 1

(4)   The Clerk of Court is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 12th day of January, 2011.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT
KATHERINE SKILLESTAD WINANS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 2